## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

A123 SYSTEMS LLC,

        Plaintiff,

v.

APPLE INC., MUJEEB IJAZ, DON DAFOE,
MICHAEL ERICKSON, DaPENG WANG and
INDRAJEET THORAT

        Defendants.

Civil Action No. 15-cv-10438-DPW

### PLAINTIFF A123 SYSTEMS LLC'S FIFTH ASSENTED TO MOTION TO EXTEND DEADLINE TO OPPOSE DEFENDANTS' MOTION TO DISMISS

Plaintiff A123 Systems LLC ("A123") respectfully moves this Court to extend the deadlines for Plaintiff to file its opposition to Defendants' Motion to Dismiss by twenty-one (21) days to June 17, 2015. The Court previously granted A123's requests for a similar extension.

In support of this motion, A123 states that the parties need the requested additional time to continue to work to fully and informally resolve this dispute. Counsel for Defendants has assented to this extension.

WHEREFORE, A123 respectfully requests that this Court extend the time for Plaintiff to file its opposition to Defendants' Motion to Dismiss until June 17, 2015 and grant such other and further relief as it deems just and proper.

**A123 SYSTEMS LLC**

By its attorneys,

/s/ *Michael L. Rosen*
Michael L. Rosen (BBO No. 559954)
mrosen@foleyhoag.com
Lyndsey M. Kruzer (BBO No. 675797)
lkruzer@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
Tel:  617.832.1000
Fax: 617.832.7000

/s/ *Robert S. Gilmore*
Robert S. Gilmore (*Admitted pro hac vice*)
rsg@kjk.com
Robert J. Bowes (*Admitted pro hac vice*)
rjb@kjk.com
Kohrman Jackson & Krantz P.L.L.
29th Floor, One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114
216-696-8700

Dated: May 27, 2015

## Certificate of Compliance with Local Rule 7.1

Counsel for A123 hereby certifies that it conferred with Counsel for Defendants on May 27, 2015 in a good faith attempt to resolve or narrow the issues presented by this Motion. Counsel for Defendants assent to this motion.

/s/ *Robert S. Gilmore*

## Certificate of Service

I, Michael L. Rosen, certify that on May 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Defendants.

/s/ *Michael L. Rosen*