**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| A123 SYSTEMS LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC., MUJEEB IJAZ, DON DAFOE, MICHAEL ERICKSON, DaPENG WANG and INDRAJEET THORAT<br><br>                Defendants. | Civil Action No. 15-cv-10438-DPW |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff A123 Systems LLC ("A123") hereby dismisses the Complaint with prejudice and without costs, waiving all rights of appeal. Defendants hereby stipulate to the dismissal. <u>The parties agree that the Court will retain jurisdiction over this matter with respect to any application made by a party to enforce the terms of the parties' Confidential Settlement Agreement.</u>

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **A123 SYSTEMS LLC** | **APPLE INC., MUJEEB IJAZ, DON DAFOE, MICHAEL ERICKSON, DAPENG WANG AND INDRAJEET THORAT,** |
| By its attorneys, | |
| /s/ *Michael L. Rosen*<br>Michael L. Rosen (BBO No. 559954)<br>mrosen@foleyhoag.com<br>Lyndsey M. Kruzer (BBO No. 675797)<br>lkruzer@foleyhoag.com<br>FOLEY HOAG LLP<br>155 Seaport Boulevard | By their attorneys,<br><br>/s/ *Michael Mankes*<br>Michael Mankes<br>mmankes@littler.com<br>Stephen T. Melnick, III |

| | |
|---|---|
| Boston, MA  02210 | smelnick@littler.com |
| Tel:  617.832.1000 | Littler Mendelson P.C. |
| Fax: 617.832.7000 | One International Place |
| | Suite 2700 |
| /s/ *Robert S. Gilmore* | Boston, MA 02110 |
| | Tel: 617-378-6006 |
| Robert S. Gilmore (*Admitted pro hac vice*) | Fax: 617-737-0052 |
| rsg@kjk.com | |
| Robert J. Bowes (*Admitted pro hac vice*) | |
| rjb@kjk.com | |
| Kohrman Jackson & Krantz LLP | |
| 29th Floor, One Cleveland Center | |
| 1375 East Ninth Street | |
| Cleveland, Ohio 44114 | |
| 216-696-8700 | |

Dated: June 15, 2015

## Certificate of Service

    I, Michael L. Rosen, certify that on June 15, 2015 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Defendants.

                                                      /s/ *Michael L. Rosen*
                                                      Michael L. Rosen